**Order filed October 15, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00763-CV

_____

## ESTATE OF LINDA KUEBLER HINKLEY, DECEASED, Appellant

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0076112**

## ORDER

Our records reflect a notice of appeal filed September 8, 2015, but no judgment date is reflected. The clerk's record has not been filed in this appeal. It is unclear from the documents filed with this court whether appellant is entitled to appeal without advance payment of costs.

To determine our jurisdiction over this appeal, and if jurisdiction exists, whether appellant is entitled to proceed without the advance payment of costs, we issue the following order for a partial clerk's record.

We order the Galveston County Clerk to file a partial clerk's record with the clerk of this court on or before **November 16, 2015.**  In order that this court may ascertain its jurisdiction over the appeal, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; and **(3)** the notice of appeal.  In addition, the **partial clerk's record** shall contain: **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contests thereto.


PER CURIAM